IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | Criminal No. 09-2 |
| MARK TIMOTHY BEATTIE, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 30th day of January, 2009, IT IS HEREBY ORDERED that the hearing on defendant's waiver of indictment and plea, scheduled for January 28, 2009, will now be held on <u>Friday, February 27, 2009 at 10 a.m.</u>

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of the above-captioned action must commence, because the court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
Assistant United States Attorney

Stanton D. Levenson, Esquire
1715 Gulf Tower
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation